UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WILHELMINA BASS-PATTERSON, DEYONELLE
PATTERSON, DEYONDRE PATTERSON,
WILHELMINA BASS-PATTERSON m/n/g
DEYNA PATTERSON and DEAIN PATTERSON,     23-CV-7486(SIL)

        Plaintiffs,     **INFANT'S COMPROMISE ORDER**

    -against-

MIN LI,
        Defendant.
------------------------------------------------------------------X

    Upon reading and filing the affidavit of WILHELMINA BASS-PATTERSON, parent and natural guardian of the Infant-Plaintiff DEYNA PATTERSON, duly sworn to on the 11th day of February, 2025; the Consent of the infant, DEYNA PATTERSON, who is over the age of fourteen years, dated February 11, 2025; the affirmation of MYRNA L. ARCHER, Esq., attorney for Plaintiffs, dated the 12th day of February, 2025; and the medical report of PHILIP RAFIY, M.D., dated the 27th day of January, 2025; and the exhibits attached hereto,

    AND it appearing that the infant, DEYNA PATTERSON is now sixteen years of age, having been born on June 9, 2008, and the infant, the parent and natural guardian, and the attorney having appeared before me on the 22nd day of April, 2025; and it appearing that the best interests of the infant will be served, and upon all the papers, pleadings and proceedings heretofore had herein,

    NOW, on the motion of MYRNA L. ARCHER, Esq., attorney for the plaintiffs, it is ORDERED, pursuant to 22 N.Y.C.R.R. § 202.5(e)(2), the Court, *sua sponte*, finds good cause to permit the inclusion of the infant's full name and date of birth

1

in the papers submitted in support of the infant compromise order; and it is

ORDERED, that this action shall be settled for the total sum of $19,000, ($14,000 to be paid by State Farm on behalf of defendant MIN LI; and $5,000 to be paid by USAA on the counterclaim); and it is further,

ORDERED, that WILHELMINA BASS-PATTERSON, as parent and natural guardian of the infant plaintiff, DEYNA PATTERSON, be and hereby is authorized to enter into a compromise and settlement of the within action in the total sum of $19,000, and to deliver and execute releases and any and all documents necessary to effectuate the settlement, in compliance with the terms and conditions of this Order; and it is further

ORDERED, that out of the total sum of $19,000, defendant be and is hereby directed to pay the sum of $7,133.33 to the order of MYRNA L. ARCHER, Esq. in full settlement of the attorneys claim for compensation, inclusive of disbursements ($5,466.66 to be paid by defendant, MIN LI, and $1,666.66 to be paid by USAA on the counterclaim); and it is further

ORDERED that the balance, to wit, the sum of $11,866.67 shall be paid as follows:

- $10,200 by State Farm on behalf of defendant, MIN LI, and
- $ 1,666.66 to be paid by USAA on the counterclaim,

and received by the said parent and natural guardian of the infant, to be held for the sole use and benefit of the said infant, jointly with an officer of MUNICIPAL CREDIT UNION located at 1660 Hempstead Turnpike, Elmont, NY-11003, to be deposited in said financial institution in an account bearing the highest interest

rate available, for a term to be determined by the parent and natural guardian in the name of the said guardian to the credit of the said infant, subject to the further order of this Court; and it is further

ORDERED, that time deposit account(s) shall be subject to renewal upon maturity, at the highest interest rate available, at all times funds are on deposit, except that the date of maturity shall not extend beyond the date when said infant attains the age of 18 years; and it is further

ORDERED, that no withdrawal shall be made from the said account before the infant reaches the age of 18 years, except upon further order of this Court, and it is further

ORDERED, that said depository wherein the proceeds of such compromise and settlement shall be held, shall pay over all monies held in the account to the infant, upon demand and without further court order, when the infant reaches the age of 18 years and upon presentment of proper proof thereof to such depository; and it is further

ORDERED, that said depository is authorized and directed to maintain at least 100% of said fund in the form of deposit in said depository, continuously renewed upon maturity at the highest rate of interest then available, providing that said fund shall not be in such a form that it will not be available to said infant when he attains the age of 18 years; and it is further

ORDERED, that the attorney for the plaintiff shall serve a copy of this Order upon said depository, shall arrange for the deposit of the funds, and shall advise

the Clerk of the Court by letter that the same has been done, all within 90 days from the date hereof; and it is further

ORDERED, that the cause of action for loss of services and/or medical expenses for the parents and natural guardians, the same having been waived by said parent and natural guardian, be and the same hereby is dismissed without costs and with prejudice; and it is further

ORDERED, that the making and filing of a bond be and hereby is dispensed with.

DATED: Central Islip, New York  **SO ORDERED**
April 22, 2025

*/s/ Steven I. Locke*
_____
Magistrate Judge Steven I. Locke
United States Court, Eastern
District of New York